1.KEITH A. PITT, OSB No. 973725

keith@slindenelson.com
Joseph M. Mabe, OSB No. 045286
joe@slindenelson.com
SLINDE NELSON
425 NW 10th Avenue, Suite 200
Portland, OR 97209
Telephone: (503) 417-7777
Fax: (503) 417-4250
    *Of Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON JV LLC, a New York limited liability company,<br><br>               Plaintiff,<br>    v.<br><br>ADVANCED INVESTMENT CORP. d/b/a AIC, *et al.,*<br><br>               Defendants. | Case No. 3:22-CV-00337-HZ<br><br>**STIPULATION REGARDING DISPOSITION OF DEFENDANTS' RULE 12 MOTIONS and PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT** |

Pursuant to the stipulation of counsel of record below, the parties request the Court enter an Order as follows:

1. Defendants pending Rule 12 Motions at Docket No. 14, and the joinder motion at Docket No. 15, are hereby withdrawn;

2. Plaintiff's Motion to File a First Amended Complaint at Docket No. 22, is unopposed by Defendants and should be granted; and

3. Defendants reserve all rights under Rule 12 or otherwise to challenge the claims in the First Amended Complaint, and no waiver of any motions or defenses under Rule 12 or otherwise is intended by this stipulation.

**PAGE 1 – STIPULATION REGARDING DISPOSITION OF DEFENDANTS' RULE 12 MOTIONS and PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT**

4. Defendants shall have until September 23, 2022 to file their responses to the First Amended Complaint.

DATED: September 1, 2022.

**SO STIPULATED:**

| | |
|---|---|
| SLINDE NELSON | GLEAVES SWEARINGEN LLP |
| By: _/s/ Keith A. Pitt_____<br>Keith A. Pitt, OSB No. 973725<br>Joseph M. Mabe, OSB No. 045286<br>joe@slindenelson.com<br>*Of Attorneys for Plaintiff* | By: _/s/ Cassie K. Jones_____<br>Cassie K. Jones, OSB No. 083806<br>jones@gleaveslaw.com<br>*Of Attorneys for Defendant CLS Investments, LLC* |

THE SMITH FIRM, P.C.

By: _/s/ David P. Smith_____
David P. Smith, OSB No. 964301
dave@thesmithfirmpc.com
*Of Attorneys for Advanced Investment Corp., Austin Walker, Anthony J. Favreau and Cynthia L. Favreau, DW&S, LLC, Charles D. Everard, Ada M. Everard, Donna J. Swanson, Diane M. Duyck, Robbin Denise Freedman, Schultz Real Estate Investments, LLC, Michael Silvis, Robert Bayman, Eugene W. Gramzow, John V. K. Fearing, Susan L. Baker, Emily R. Collins, Mark Allen Ditgen, Linda Carol Ditgen, Stephen F. Duffy, Amy S. LaGrander, Margie Nemcik-Cruz, Jonny B. Watson, Michael A. Welt, Robert A. Zoller, RH Ventures, LLC, Ervin Wood, J&D OR Properties, LLC, Matthew David Freedman, Carl M. Dutli, Margaret J. Brown Olson, John M. Compton, Betty Compton, Kurt D. Connell, Erin Ronnie Connell, Craig Alacano, Cynthia L. Alacano, Vic Mitchell and Andrew Strickland*

**PAGE 2 – STIPULATION REGARDING DISPOSITION OF DEFENDANTS' RULE 12 MOTIONS and PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT**

**SLINDE NELSON**
425 NW 10th Ave, Suite 200
Portland, Oregon 97209
p. 503.417.7777; f. 503.417.4250

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **STIPULATION REGARDING DISPOSITION OF DEFENDANTS' RULE 12 MOTIONS and PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT** on:

| | |
|---|---|
| David P. Smith<br>The Smith Firm, P.C.<br>1754 Willamette Falls Dr.<br>West Linn, OR 97068<br>*Of Attorneys for All Named Defendants (excluding CLS Invectments, LLC)* | Cassie K. Jones<br>Gleaves Swearingen LLP<br>PO Box 1147<br>Eugene, OR 97440<br>*Of Attorneys for Defendant CLS Investments, LLC* |

by the following indicated method(s):

☐ by **faxing** full, true, and correct copies thereof to said attorney to the fax number noted above, which is the last known fax number for said attorney, on the date set forth below.

☒ by **emailing** full, true, and correct copies thereof to said attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☐ by notice of electronic filing using the CM/ECF system (LR 100.7(a)(2)).

☐ by causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address(es) listed above on the date set forth below.

DATED:  September 1, 2022.              SLINDE NELSON

                                        By:    /s/ Keith A. Pitt
                                            Keith A. Pitt, OSB No. 973725
                                            *Of Attorneys for Plaintiffs*