Joseph M. Mabe, OSB #045286
Keith A. Pitt, OSB #973725
SAPIENT LAW
100 SW Main Street, Suite 1025
Portland, OR 97204
T: 503-417-7777
F: 503-417-4250
joe@sapientlaw.com
keith@sapientlaw.com

Daniel H. Roseman, NYSB No. 5176466
(Admitted Pro Hac Vice)
Paul T. Sheppard, NYSB No. 2181147
(Admitted Pro Hac Vice)
HINMAN, HOWARD & KATTELL, LLP
1025 Westchester Avenue, Suite 301
White Plains, NY 10604
T: (914) 694-4102
F: (914) 694-4510
droseman@hhk.com
psheppard@hhk.com

*Of Attorneys for Oregon JV LLC and Menachem Silber*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON JV LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED INVESTMENT CORP. d/b/a AIC, et al.,<br><br>Defendants and Third-Party Plaintiffs,<br><br>v. | Case No. 3:22-cv-00337-HZ<br><br>**DECLARATION OF JOSEPH M. MABE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF OREGON JV LLC AND THIRD-PARTY DEFENDANT MENACHEM SILBER**<br><br>**Expedited Hearing Requested** |

**DECLARATION OF JOSEPH M. MABE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF OREGON JV LLC AND THIRD-PARTY DEFENDANT MENACHEM SILBER – PAGE 1**

SAPIENT LAW
100 SW Main Street
Suite 1025
Portland, OR 97204
Phone: 503-417-7777

MENACHEM SILBER,

Third-Party Defendant

I, Jospeh M. Mabe, declare under the penalty of perjury:

1.    I am a member of the Oregon State Bar and an attorney with Sapient Law, the firm representing plaintiff, Oregon JV LLC and third-party defendant Menachem "Mike" Silber ("Silber") (collectively, "the Oregon JV Parties") in this matter. I have personal knowledge of the information in this declaration. I am over 18 years of age and competent to testify to the information in this declaration.

2.    I make this declaration in support of Sapient Law's Motion to Withdraw as Counsel for Oregon JV LLC and Silber.

3.    Ongoing, irreconcilable conflicts/differences have arisen between Sapient Law and the Oregon JV Parties regarding matters involved in this litigation. Therefore, good and sufficient cause exists for the termination of the relationship between Sapient Law and the Oregon JV Parties because the relationship has deteriorated to the point that it is irreparably broken, and the attorneys at Sapient Law can no longer effectively represent the Oregon JV Parties in this litigation.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated: July 22, 2025                    s/ Joseph M. Mabe
                                                              Joseph M. Mabe, OSB #045286
                                                              Declarant

**DECLARATION OF JOSEPH M. MABE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF OREGON JV LLC AND THIRD-PARTY DEFENDANT MENACHEM SILBER – PAGE 2**

SAPIENT LAW
100 SW Main Street
Suite 1025
Portland, OR 97204
Phone: 503-417-7777

# CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, I electronically filed the foregoing **DECLARATION OF JOSEPH M. MABE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF OREGON JV LLC AND THIRD-PARTY DEFENDANT MENACHEM SILBER** with the Clerk of the Court of the United States District Court, for the District of Oregon, using the CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users, and that service on those participants will be accomplished by the CM/ECF system on July 22, 2025.

| | |
|---|---|
| Oregon JV LLC<br>c/o Cogency Global Inc.<br>Registered Agent<br>698 12th Street SE Ste 200<br>Salem, OR 97301<br>Phone: 646-628-2875<br>Email: mike@toprockfunding.com | Menachem (Mike) Silber<br>6537 Moore Dr.<br>Los Angeles, CA 90048<br>Phone: 646-628-2875<br>Email: mike@toprockfunding.com |

by the following indicated method(s):

☒ by **emailing** full, true, and correct copies thereof to said party to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☒ by causing full, true and correct copies thereof to be **mailed** to the party(ies) at the party'(s) last-known office address(es) listed above on the date set forth below.

DATED July 22, 2025.          **SAPIENT LAW**

By: s/ Joseph M. Mabe
Joseph M. Mabe, OSB No. 045286
Email: joe@sapientlaw.com
Keith A. Pitt, OSB No. 973725
Email: keith@sapientlaw.com
*Of Attorneys for Plaintiff Oregon JV LLC and Third-Party Defendant Menachem Silber*

Page 1 -   CERTIFICATE OF SERVICE

SAPIENT LAW
100 SW Main Street
Suite 1025
Portland, OR 97204
Phone: 503-417-7777