David P. Smith, OSB #964301
The Smith Firm, P.C.
1754 Willamette Falls Dr.
West Linn, OR 97068
P:      503-657-6550
F:      866-710-0666
E:      dave@thesmithfirmpc.com
Attorney for Defendants and Third-Party Plaintiffs Advanced Investment Corp., Austin Walker, John P. Rude, Christine A. Sullivan, DW&S, LLC, Steven Nasset and Joanna Nasset, Trustees of the J&S Enterprises, Charles D. Everard, Ada M. Everard, Donna J. Swanson, Diane M. Duyck, Robbin Denise Freedman, Trustee of the Robbin Denise Freedman Revocable Living Trust, Schultz Real Estate Investments, LLC, Susan B. Larue, Trustee for the Silvis Family Revocable Trust, Donna Carlson, Trustee for the Robert and Delores Bayman Revocable Living Trust,  Dale R. Bergey and Lesa L. Bergey, Eugene W. Gramzow, John V. K. Fearing and  Susan L. Baker, Co-Trustees of the Baker Fearing Trust, Emily R. Collins, Neil L. Warne, Christy Warne, Mark Allen Ditgen, Linda Carol Ditgen, Stephen F. Duffy, Amy S. LaGrander, Margie Nemcik-Cruz, Jonny B. Watson, Rex D. Ballenger, Bonnie L. Ballenger, Michael A. Welt, Anthony J. Favreau and Cynthia L. Favreau, Trustees of the Favreau Family Trust – 1990, Robert A. Zoller, Diana Greene, RH Ventures, LLC, Ervin Wood, J & D OR Properties, LLC, Matthew David Freedman, Trustee of the Matthew David Freedman Revocable Trust, Carl M. Dutli, Trustee of the CMD Retirement Trust, Margaret J. Brown Olson, Trustee of the Margaret J. Brown Trust, John M. Compton, Betty Compton, Kurt D. Connell, Erin Ronnie Connell, Cynthia L. Alacano, Trustee of the Craig and Cynthia Alacano Joint Trust, Vic Mitchell, and Andrew Strickland

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| OREGON JV LLC, a New York limited liability company,<br><br>                    Plaintiff,<br><br>          v.<br><br>ADVANCED INVESTMENT CORP. d/b/a AIC, an Oregon limited liability company, | Case No. 3:22-cv-00337-HZ<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

1 – STIPULATED JUDGMENT OF DISMISSAL

**THE SMITH FIRM, P.C.**
*Attorneys at Law*
1754 Willamette Falls Drive
West Linn, OR 97068
(503) 657-6550
Fax: (866) 710-0666
Email: dave@thesmithfirmpc.com

AUSTIN L. WALKER, an individual, ANTHONY J. FAVREAU AND CYNTHIA L. FAVREAU, Trustees of the Favreau Family Trust, JOHN P. RUDE AND CHRISTINE ANN SULLIVAN, individuals, DW&S, LLC, an Oregon limited liability company, CLS INVESTMENTS, LLC, an Oregon limited liability company, JOANNA NASSET AND STEVEN NASSET, Trustees of the J&S Enterprises, CHARLES D. EVERARD, ADA M. EVERARD, DONNA J. SWANSON, AND DIANE M. DUYCK, individuals, ROBBIN DENISE FREEDMAN, Trustee of the Robbin Denise Freedman Revocable Living Trust, SCHULTZ REAL ESTATE INVESTMENTS, LLC, an Oregon limited liability company, ROBERT EDISON SILVIS AND MICHAEL J. SILVIS, Trustees for the Silvis Family Revocable Trust, ROBERT BAYMAN AND DELORES BAYMAN, individuals, EUGENE W. GRAMZOW, Trustee for the "Eugene W. Gramzow Revocable Trust", JOHN V. K. FEARING AND SUSAN L. BAKER, Co-Trustees of the Baker Fearing Trust, EMILY R. COLLINS, an individual, NEIL L. WARNE AND CHRISTY WARNE, individuals, MARK ALLEN DITGEN AND LINDA CAROL DITGEN, individuals, STEPHEN F. DUFFY, an individual, AMY S. LA GRANDER, an individual, MARGIE NEMCIK-CRUZ, an individual, JONNY B. WATSON, an individual, REX D. BALLENGER AND BONNIE L. BALLENGER, individuals, MICHAEL A. WELT, an individual, ROBERT A. ZOLLER AND DIANA GREENE, individuals, RH VENTURES, LLC, an Oregon limited liability company, ERVIN WOOD, an individual, J & D OR PROPERTIES, LLC, an Oregon limited liability company, MATTHEW DAVID FREEDMAN, Trustee of the Matthew David Freedman Revocable Trust, CARL M. DUTLI, Trustee of the CMD Retirement Trust, MARGARET J. BROWN OLSON, Trustee of the Margaret J. Brown Trust, JOHN M. COMPTON AND BETTY COMPTON,

2 – STIPULATED JUDGMENT OF DISMISSAL

**THE SMITH FIRM, P.C.**
*Attorneys at Law*
1754 Willamette Falls Drive
West Linn, OR 97068
(503) 657-6550
Fax: (866) 710-0666
Email: dave@thesmithfirmpc.com

individuals, KURT D. CONNELL AND ERIN RONNIE CONNELL, individuals, CRAIG ALACANO AND CYNTHIA L. ALACANO, Co-Trustees of the Craig and Cynthia Alacano Joint Trust, VIC MITCHELL, an individual, and ANDREW STRICKLAND, an individual,

        Defendants.

ADVANCED INVESTMENT CORP. d/b/a AIC, an Oregon limited liability company, AUSTIN L. WALKER, an individual, JOHN P. RUDE AND CHRISTINE ANN SULLIVAN, individuals, DW&S, LLC, an Oregon limited liability company, JOANNA NASSET AND STEVEN NASSET, Trustees of the J&S Enterprises, CHARLES D. EVERARD, ADA M. EVERARD, DONNA J. SWANSON, AND DIANE M. DUYCK, individuals, ROBBIN DENISE FREEDMAN, Trustee of the Robbin Denise Freedman Revocable Living Trust, SCHULTZ REAL ESTATE INVESTMENTS, LLC, an Oregon limited liability company, MICHAEL J. SILVIS, Trustee for the Silvis Family Revocable Trust, ROBERT BAYMAN, Trustee for the Robert and Delores Bayman Revocable Living Trust, EUGENE W. GRAMZOW, Trustee for the "Eugene W. Gramzow Revocable Trust", JOHN V. K. FEARING AND SUSAN L. BAKER, Co-Trustees of the Baker Fearing Trust, EMILY R. COLLINS, an individual, NEIL L. WARNE AND CHRISTY WARNE, individuals; MARK ALLEN DITGEN AND LINDA CAROL DITGEN, individuals, STEPHEN F. DUFFY, an individual, AMY S. LA GRANDER, an individual, MARGIE NEMCIK-CRUZ, an individual, JONNY B. WATSON, an individual, REX D. BALLENGER AND BONNIE L. BALLENGER, individuals;  MICHAEL A. WELT, an individual, ROBERT A. ZOLLER AND DIANA GREENE, individuals, RH VENTURES, LLC, an Oregon limited liability company, ERVIN WOOD, an individual, J & D OR PROPERTIES, LLC, an Oregon limited

3 – STIPULATED JUDGMENT OF DISMISSAL

THE SMITH FIRM, P.C.
*Attorneys at Law*
1754 Willamette Falls Drive
West Linn, OR 97068
(503) 657-6550
Fax: (866) 710-0666
Email: dave@thesmithfirmpc.com

liability company, MATTHEW DAVID FREEDMAN, Trustee of the Matthew David Freedman Revocable Trust, CARL M. DUTLI, Trustee of the CMD Retirement Trust, MARGARET J. BROWN OLSON, Trustee of the Margaret J. Brown Trust, JOHN M. COMPTON AND BETTY COMPTON, individuals, KURT D. CONNELL AND ERIN RONNIE CONNELL, individuals, CRAIG ALACANO AND CYNTHIA L. ALACANO, Co-Trustees of the Craig and Cynthia Alacano Joint Trust, VIC MITCHELL, an individual, and ANDREW STRICKLAND, an individual

       Third-Party Plaintiffs,

    v.

MENACHEM SILBER, an individual,

       Third-Party Defendant.

Based on the Order entered by this Court on October 31, 2025, Plaintiff Oregon JV, LLC, Third-Party Defendant Menachem Silber, and Defendants and Third-Party Plaintiffs Advanced Investment Corp., Austin Walker, John P. Rude, Christine A. Sullivan, DW&S, LLC, CLS Investments, LLC, Steven Nasset and Joanna Nasset, Trustees of the J&S Enterprises, Charles D. Everard, Ada M. Everard, Donna J. Swanson, Diane M. Duyck, Robbin Denise Freedman, Trustee of the Robbin Denise Freedman Revocable Living Trust, Schultz Real Estate Investments, LLC, Susan B. Larue, Trustee for the Silvis Family Revocable Trust, Donna Carlson, Trustee for the Robert and Delores Bayman Revocable Living Trust,  Dale R. Bergey and Lesa L. Bergey, Eugene W. Gramzow, John V. K. Fearing and  Susan L. Baker, Co-Trustees of the Baker Fearing Trust, Emily R. Collins, Neil L. Warne, Christy Warne, Mark Allen Ditgen, Linda Carol Ditgen, Stephen F. Duffy, Amy S. LaGrander, Margie Nemcik-Cruz, Jonny B. Watson, Rex D. Ballenger, Bonnie L. Ballenger, Michael A. Welt, Anthony J. Favreau and

4 – STIPULATED JUDGMENT OF DISMISSAL

**THE SMITH FIRM, P.C.**
*Attorneys at Law*
1754 Willamette Falls Drive
West Linn, OR 97068
(503) 657-6550
Fax: (866) 710-0666
Email: dave@thesmithfirmpc.com

Cynthia L. Favreau, Trustees of the Favreau Family Trust – 1990, Robert A. Zoller, Diana Greene, RH Ventures, LLC, Ervin Wood, J & D OR Properties, LLC, Matthew David Freedman, Trustee of the Matthew David Freedman Revocable Trust, Carl M. Dutli, Trustee of the CMD Retirement Trust, Margaret J. Brown Olson, Trustee of the Margaret J. Brown Trust, John M. Compton, Betty Compton, Kurt D. Connell, Erin Ronnie Connell, Cynthia L. Alacano, Trustee of the Craig and Cynthia Alacano Joint Trust, Vic Mitchell, and Andrew Strickland, hereby stipulate and request that the Court enter this Judgment of Dismissal, with prejudice, pursuant to Rule 41 and Rule 58 of the Federal Rules of Civil Procedure, and without attorney fees and costs to any parties.

Dated: November __, 2025

 

_____
United States District Judge
Marco A. Hernandez

**It is so stipulated:**

HINMAN, HOWARD & KATTELL, LLP        GLEAVES SWEARINGEN, LLP


*/s/ Daniel H. Roseman*_____        */s/ Cassie K. Jones*_____
Daniel H. Roseman                          Cassie K. Jones
Paul T. Sheppard                           Gleaves Swearingen, LLP
Hinman, Howard & Kattell, LLP              975 Oak St., Ste. 800
707 Westchester Ave., Ste. 407            PO Box 1147
White Plains, NY 10604                     Eugene, OR 97401
droseman@hhk.com                           jones@gleaveslaw.com
psheppard@hhk.com                          *Of Attorneys for Defendant CLS*
*Of Attorneys for Oregon JV LLC and*       *Investments, LLC*
*Menachem Silber*


5 – STIPULATED JUDGMENT OF DISMISSAL

**THE SMITH FIRM, P.C.**
*Attorneys at Law*
1754 Willamette Falls Drive
West Linn, OR 97068
(503) 657-6550
Fax: (866) 710-0666
Email: dave@thesmithfirmpc.com

THE SMITH FIRM, P.C.


*/s/ David P. Smith*_____
David P. Smith, OSB #964301
The Smith Firm, P.C.
1754 Willamette Falls Drive
West Linn, OR 97068
dave@thesmithfirmpc.com
*Of Attorneys for Defendants and Third-Party Plaintiffs Advanced Investment Corp., Austin Walker, John P. Rude, Christine A. Sullivan, DW&S, LLC, Steven Nasset and Joanna Nasset, Trustees of the J&S Enterprises, Charles D. Everard, Ada M. Everard, Donna J. Swanson, Diane M. Duyck, Robbin Denise Freedman, Trustee of the Robbin Denise Freedman Revocable Living Trust, Schultz Real Estate Investments, LLC, Susan B. Larue, Trustee for the Silvis Family Revocable Trust, Donna Carlson, Trustee for the Robert and Delores Bayman Revocable Living Trust,  Dale R. Bergey and Lesa L. Bergey, Eugene W. Gramzow, John V. K. Fearing and  Susan L. Baker, Co-Trustees of the Baker Fearing Trust, Emily R. Collins, Neil L. Warne, Christy Warne, Mark Allen Ditgen, Linda Carol Ditgen, Stephen F. Duffy, Amy S. LaGrander, Margie Nemcik-Cruz, Jonny B. Watson, Rex D. Ballenger, Bonnie L. Ballenger, Michael A. Welt, Anthony J. Favreau and Cynthia L. Favreau, Trustees of the Favreau Family Trust – 1990, Robert A. Zoller, Diana Greene, RH Ventures, LLC, Ervin Wood, J & D OR Properties, LLC, Matthew David Freedman, Trustee of the Matthew David Freedman Revocable Trust, Carl M. Dutli, Trustee of the CMD Retirement Trust, Margaret J. Brown Olson, Trustee of the Margaret J. Brown Trust, John M. Compton, Betty Compton, Kurt D. Connell, Erin Ronnie Connell, Cynthia L. Alacano, Trustee of the Craig and Cynthia Alacano Joint Trust, Vic Mitchell, and Andrew Strickland*

6 – STIPULATED JUDGMENT OF DISMISSAL

**THE SMITH FIRM, P.C.**
*Attorneys at Law*
1754 Willamette Falls Drive
West Linn, OR 97068
(503) 657-6550
Fax: (866) 710-0666
Email: dave@thesmithfirmpc.com